IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Marie Assa'ad-Faltas, | ) | C/A No.: 1:12-2294-TLW-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| The State of South Carolina; The City of Columbia, South Carolina, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

     This is a habeas corpus action filed by a *pro se* litigant, who is not currently confined. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.

     Petitioner has submitted a motion for leave to proceed *in forma pauperis*. Based on a review of the motion, Petitioner's motion for leave to proceed *in forma pauperis* [Entry #2] is granted.

**TO THE CLERK OF COURT**:

     The above-captioned case is subject to summary dismissal. Hence, the Office of the Clerk of Court is directed *not* to authorize the issuance and service of process in the above-captioned case, unless instructed by a United States District Judge or a Senior United States District Judge to do so.

     The Clerk of Court shall not enter any change of address submitted by Petitioner which directs that mail be sent to a person other than Petitioner unless that person is an attorney admitted to practice before this court, and the attorney has entered an appearance.

**TO PETITIONER**:

     **Any future filings by Petitioner in this case should be sent to the Clerk's Office in Columbia (901 Richland Street, Columbia, South Carolina 29201).** Petitioner must place the civil action number (C/A No.) listed above on any document she submits to this court in connection with the above-captioned case. All pleadings filed in this case by Petitioner shall be signed by Petitioner with her full legal name written in her own handwriting. *Pro se* litigants, such as Petitioner, shall *not* use the "s/typed name"

format used in the Electronic Case Filing System. In any future filings in this case, Petitioner is directed to use letter-size (8½ inches by 11 inches) paper, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. Petitioner is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Petitioner is a *pro se* litigant. Her attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (901 Richland Street, Columbia, South Carolina 29201)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply with his order by immediately advising the Clerk of Court in writing of such change of address and providing the Clerk of Court with the docket numbers of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 23, 2012                                      Shiva V. Hodges
Columbia, South Carolina                       United States Magistrate Judge

2